**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

INTERNET PATENTS CORPORATION v. TREE.COM, INC.

No. 14-1603

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se       ☒ As counsel for:   Tree.com, Inc.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant       ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | EDWARD V. ANDERSON |
| Law firm: | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| Address: | 379 LYTTON AVENUE |
| City, State and ZIP: | PALO ALTO, CA 94301-1479 |
| Telephone: | (650) 815-2694 |
| Fax #: | (650) 815-4670 |
| E-mail address: | evanderson@sheppardmullin.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

__November 19, 2013__          __/s/ Edward V. Anderson__
         Date                      Signature of pro se or counsel

cc: _____