14-1063

# United States Court of Appeals
# for the Federal Circuit

**INTERNET PATENTS CORPORATION, f/k/a Insweb Corporation,**

*Plaintiff-Appellant,*

v.

**ACTIVE NETWORK, INC., THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., d/b/a The General, Permanent General Assurance Corporation, PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, QUINSTREET, INC., AND TREE.COM, INC.**

*Defendants-Appellees.*

**2014-1048, -1061, -1062, 1063**

APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA CASE NOS. 3:12-CV-05035, 3:12-CV-05036, 3:12-CV-06505, AND 3:12-CV-6506, JUDGE JEFFREY S. WHITE.

**DEFENDANT-APPELLEE TREE.COM, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OF RESPONSIVE BRIEF OF TREE.COM, INC.**

EDWARD ANDERSON
DEEPALI BRAHMBHATT
SHEPPARD MULLIN
 RICHTER & HAMPTON LLP
379 LYTTON AVENUE
PALO ALTO, CALIFORNIA 94301
415.434.9100

STEPHEN S. KORNICZKY
 (*COUNSEL OF RECORD*)
WILLIAM J. BLONIGAN
SHEPPARD MULLIN
 RICHTER & HAMPTON LLP
12275 EL CAMINO REAL
SUITE 200
SAN DIEGO, CALIFORNIA 92130
858.720.8900

*Attorneys for Defendants-Appellees Tree.com, Inc.*

Pursuant to Federal rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee TREE.COM, INC. ("TREE.COM") respectfully moves for an extension of time of the due date for its responsive brief, which is currently due on March 10, 2014. The requested extension is for 31 days and would move the due date for TREE.COM's responsive brief up to and including April 10, 2014. This is TREE.COM's  first request for an extension of time in this appeal.

Counsel for TREE.COM has discussed this motion with counsel for Appellant and the counsel for the Appellees in the related cases, who have indicated that Appellant and Appellees do not oppose the extension of time requested in this motion.

The extension is requested because Tree.com's attorneys will be preparing and attending trial during the entire month of February, 2014. The current deadline would create a hardship upon counsel to devote the necessary amount of time to properly brief the issues given the engagement in a trial at the same time.

Therefore, TREE.COM respectfully requests that the Court extend the due date of TREE.COM's responsive brief to April 10, 2014. A proposed order is attached.

Respectfully submitted,

By:     /s/ Deepali Brahmbhatt

Deepali Brahmbhatt
dbrahmbhatt@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, CA 94301
(650) 815-2604